IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TIFFANY JOLLIFF,<br><br>      Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., and<br>RASIER, LLC, and<br>ALBERTINE DJEUMI COLE<br><br>      Defendants. | Civil Action No. 1:16-CV-605 (GBL/IDD) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action is hereby dismissed in its entirety, with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated:  December 1, 2016            Respectfully submitted,

*/s/ Barry I. Buchman*
Barry I. Buchman (VSB # 443886)
Tamra B. Ferguson (VSB # 76721)
GILBERT LLP
1100 New York Ave., NW
Suite 700
Washington, DC 20005
Tel.:  202.772.2200
Fax:  202.772.3333
buchmanb@gotofirm.com

*Counsel for Plaintiff Tiffany Jolliff*

*/s/ Elizabeth A. Lalik*
Elizabeth A. Lalik (VSB # 36500)
David B. Smith (VSB # 84462)
LITTLER MENDELSON, P.C.
1650 Tysons Boulevard, Suite 700
McLean, VA 22102
Tel.: 703.442.8425
Fax: 703.442.8428
elalik@littler.com
dbsmith@littler.com

*Counsel for Defendants Uber Technologies, Inc. and Rasier, LLC*


*/s/ Danielle D. Giroux*
Danielle D. Giroux (VSB # 45401)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
Tel.: 804.747.5200
Fax: 804.747.6085
dgiroux@hccw.com

*Counsel for Albertine Djeumi Cole*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 1st day of December, 2016, the undersigned electronically filed the foregoing document and that notification of the filing will be electronically sent to the following:

Elizabeth A. Lalik
LITTLER MENDELSON, P.C.
1650 Tysons Blvd., Suite 700
McLean, VA 22102

Danielle D. Giroux
HARMAN, CLAYTOR, CORRIGAN & WELLMAN
P.O. Box 70280
Richmond, VA 23255

/s/ Barry I. Buchman
Barry I. Buchman
Virginia Bar No. 443886
Email:  buchmanb@gotofirm.com

Gilbert LLP
1100 New York Ave., NW
Suite 700
Washington, DC 20005
Telephone:  (202) 772-2200
Facsimile:  (202) 772-3333